UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIM HAMPTON,

    Plaintiff,

v.                               CASE NO: 8:09-cv-764-T-33TBM

GOODWILL INDUSTRIES,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Hartford Life and Accident Insurance Company's Motion to Intervene (Doc. # 24). Plaintiff filed a response thereto (Doc. # 25), and Defendant Goodwill Industries (Doc. # 29) filed a response thereto. Both responses indicate no objection to the motion.

Accordingly, having considered the motion and being otherwise fully advised, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Hartford Life and Accident Insurance Company's Motion to Intervene (Doc. # 24) is **GRANTED**. Hartford Life is added as a defendant solely to defend Plaintiff's ERISA claims brought under the Plan for the alleged wrongful denial of long-term disability benefits and waiver of premium of group life insurance. Hartford Life shall file its responsive pleading to Plaintiff's Amended Complaint within five (5) days of the

date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of April, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record