UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIM HAMPTON,

    Plaintiff,

v.                         CASE NO: 8:09-cv-764-T-33TBM

GOODWILL INDUSTRIES,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff's motion to amend complaint to add punitive damages and for a trial date certain of January 18, 2010 (Doc. # 26). Defendant Goodwill Industries filed a response in opposition thereto (Doc. # 30).

This action is an ERISA case, and ERISA does not provide for punitive damages under 29 U.S.C. §§ 1109, 1132(a)(1)(B), or 1140.[1] Mass. Mut. Life Ins. Co. v. Russell, 473 U.S. 134, 144 (1985)(§ 1109); Godfrey v. BellSouth Telecomms., Inc., 89 F.3d 755, 761 (11th Cir. 1996)(§§ 1132 and 1140).

Plaintiff's request for a trial date certain is now moot as the parties have met with the Magistrate Judge and agreed to the deadlines and trial dates for this case. See Doc. # 36

---

[1] Plaintiff has not shown that she is entitled to relief for retaliation or discrimination under Title VII.

& 37.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's motion to amend complaint to add punitive damages and for a trial date certain of January 18, 2010 (Doc. # 26) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of April, 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record